UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KIMBERLY GUINN,

  Plaintiff,

  v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

  Defendant.

) No. EDCV 16-1356-SP
)
) **ORDER AWARDING EQUAL**
) **ACCESS TO JUSTICE ACT**
) **ATTORNEY FEES AND COSTS**
)
)
)
)
)
)

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of FIVE THOUSAND THREE HUNDRED DOLLARS and NO CENTS ($5,300.00), and costs under 28 U.S.C. § 1920 in the amount of ZERO DO/LLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation

Dated: July 16, 2018

_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

1